# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795   www.gottlieblaw.net

August 11, 2025

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The initial conference is adjourned to September 18, 2025 at 9:45 a.m.
>
> So ordered.
> George B. Daniels
> George B. Daniels
> U.S.D.J.
>
> AUG 1 2 2025

Re:   *Senior v. Ws Nutrition, LLC*
      Case No.: 1:25-cv-5392

Dear Judge Daniels,

The undersigned represents Milagros Senior, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Ws Nutrition, LLC. (collectively "Defendant"). With Defendant's consent, the undersigned respectfully requests that the Initial Conference scheduled for August 13, 2025, at 9:45 AM (Dkt. 6) be adjourned for 30 days because the Parties would like this additional time to discuss a possible dispositive resolution without further judicial intervention. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.