UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MILAGROS SENIOR, *individually and on behalf of others similarly situated*,

                           Plaintiffs,

-against-

WS NUTRITION, LLC,

                           Defendant.

------------------------------------ x

ORDER APPROVING SETTLEMENT

25 Civ. 5392 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within forty-five (45) days of this Order.

Dated: October 6, 2025
       New York, New York

                                                  SO ORDERED.

                                                  *[signature]*
                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE